No. 651. COUNTY OF PRESIDIO, TEX., PETITIONER, *v.* THE NOEL-YOUNG BOND AND STOCK COMPANY. April 15, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. T. J. Beall* for petitioner. *Mr. Millard Patterson* for respondent.

No. 691. STANDARD OIL COMPANY, PETITIONER, *v.* EDWARD ANDERSON. April 15, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Charles W. Fuller* for petitioner. No appearance for respondent.

No. 603. THE CLEVELAND-CLIFFS IRON COMPANY, PETITIONER, *v.* THE EAST ITASCA MINING COMPANY. April 15, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William P. Belden* and *Mr. Horace Andrews* for petitioner. *Mr. J. L. Washburn* for respondent.

No. 658. SCHOOL DISTRICT No. 11, DAKOTA COUNTY, NEB., PETITIONER, *v.* EDWARD H. CHAPMAN ET AL., ADMINISTRATORS, ETC. April 15, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Elbert H. Hubbard* for petitioner. No appearance for respondents.

No. 659. BAY PRAIRIE IRRIGATION COMPANY, PETITIONER, *v.* RICHARD WOOD ET AL. April 15, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for